**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF CALIFORNIA**

FILED
JAN 13 2020
UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA

| In re: | Case No.: |
|---|---|
| Michael David Lafolley | 18-25071 |

**CHANGE OF ADDRESS**

Change of Address For:
☐ Debtor(s)
☐ Debtor
☐ Joint Debtor
☐ Creditor's Noticing/Mailing Address
☑ Creditor's Payment Address

ATTORNEYS WHO WISH TO MAKE A CHANGE OF ADDRESS MUST USE OUR E-FILING WEBSITE.

**OLD ADDRESS**

NAME: Home Point Financial Corporation
MAILING ADDRESS: PO Box 790309
CITY, STATE, ZIP: St. Louis, MO 63179
TELEPHONE NO.:

**NEW ADDRESS**

NAME: Home Point Financial Corporation
MAILING ADDRESS: 11511 Luna Road, Suite 300
CITY, STATE, ZIP: Farmers Branch, TX 75234
TELEPHONE NO.:

☐ Check here if you are a Debtor or Joint Debtor and you receive court orders and notices by email through the Debtor Electronic Bankruptcy Noticing Program (DeBN) rather than by U.S. mail to your mailing address. Please provide your DeBN account number(s) below (DeBN account numbers can be located in the subject title of all emailed court orders and notices. To change your e-mail address(es) for the DeBN program, use EDC Form 3-321 (Debtor's Electronic Noticing Request), select Update to Account Information, and include your new email address at the bottom of the form.

Debtor's DeBN account number _____

Joint Debtor's DeBN account number _____

Dated: 1/8/2020

Requestor's Name: D. Anthony Sottile

Requestor's Signature: [signature]

Authorized Agent for Home Point Financial Corporation
Title, if applicable (Corporate Officer, partner, or agent)

EDC 2-085 (Rev. 4/18/16)